UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DUCANA WINDOWS, LTD., LLC,**

        **Plaintiff,**     CASE NUMBER: 09-12885
                                     HONORABLE VICTORIA A. ROBERTS
v.                                   MAG. JUDGE WHALEN

**SUNRISE WINDOWS, LTD.,**

        **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On December 17, 2012, Magistrate Judge Whalen issued a Report and Recommendation [Doc.135], recommending that Defendant's Motion Seeking Turnover of Property [Doc. 126] be granted and Marko's objection to garnishment [Doc. 116] be denied. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Thus, the Court adopts the Report and Recommendation.

Defendant's Motion Seeking Turnover of Property is **GRANTED**, Marko's objection to garnishment is **DENIED**.

    **IT IS ORDERED**.

                              S/Victoria A. Roberts
                              Victoria A. Roberts
                              United States District Judge

Dated:  January 31, 2013

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on January 31, 2013.

S/Linda Vertriest
Deputy Clerk